# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIENGKHAM CHAOPRASRIHOMKHAO, | Case No.: 1:16-cv-1778 - JLT |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| v. | |
| NANCY A. BERRYHILL[1], Acting Commissioner of Social Security, | |
| Defendant. | |

On April 4, 2018, Giengkham Chaoprasrihomkhao and Nancy Berryhill, Acting Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 19)

Accordingly, subject to the terms of the parties' stipulation, the Court **ORDERS**: fees in the total amount of $4,500.00 are **AWARDED** to Plaintiff, Giengkham Chaoprasrihomkhao.

IT IS SO ORDERED.

Dated: **April 4, 2018**        **/s/ Jennifer L. Thurston**
                              UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Nancy A. Berryhill for her predecessor, Carolyn W. Colvin, as the defendant.

1